**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**PARK-OHIO INDUSTRIES, INC.,**
an Ohio Corporation and AJAX
TOCCO MAGNETHERMIC
CORPORATION, an Ohio Corporation,

        Plaintiff(s),        CASE NUMBER: 06-15652
                                        HONORABLE VICTORIA A. ROBERTS

v.

**MICHAEL J. CARTER,**

        Defendant(s).
_____/

**PRELIMINARY INJUNCTION**

This Court issued an Opinion and Order this day on Plaintiffs' Motion for Preliminary Injunction or, in the Alternative, Temporary Restraining Order and Request for Expedited Scheduling and Hearing.  In accordance with the Opinion and Order, the Court finds that: 1) Plaintiffs will likely prevail on the merits of their claims; 2) Plaintiffs will suffer irreparable harm in the absence of an injunction; 3) others will not suffer substantial harm; and 4) the public interest will be served by the issuance of an injunction.

Accordingly, pending a resolution on the merits, the Court **ORDERS** that Defendant Michael J. Carter, his officers, agents, servants, employees, attorneys and those in active concert or participation with him who receive actual notice of this Order, are **ENJOINED** from:

        1.        Directly or indirectly engaging in, having any material interest in, or advising, assisting or rendering services to any person, firm or corporation which is engaged in the induction heat

    treating repair business for the automotive industry in Michigan, Indiana, Ohio and Windsor, Ontario, including but not limited to Tech Induction Corporation;

2. Disclosing to any third persons, any information related to Plaintiffs' design of heat treating equipment for automobile crankshafts and any information related to Plaintiffs' costs and margins for products and services, marketing strategies, and/or customer contact information and customer information regarding design specifications testing specifications, testing results and procedures developed for Plaintiffs' customers in the induction heat treating repair business for the automotive industry.

This Preliminary Injunction remains in full force and effect for the pendency of these proceedings, unless the Court modifies it.

Plaintiffs represent that they will continue to pay Defendant's salary and health benefits while this injunction is in effect. Therefore, the Court finds that it is not necessary, under FRCP 65(c), to set a bond.

**IT IS SO ORDERED.**

                s/Victoria A. Roberts
                Victoria A. Roberts
                United States District Judge

Dated: February 8, 2007

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on February 8, 2007.

s/Linda Vertriest
Deputy Clerk